March 28, 2008

Ms. Cynthia Keely Timms
Locke Lord Bissell & Liddell , LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Mr. John A. Goren
Attorney at Law
11308-D Park Central Place
Dallas, TX 75230

RE: Case Number: 05-0022
 Court of Appeals Number: 05-03-01603-CV
 Trial Court Number: DV00-01494-F

Style: COUNTY OF DALLAS
 v.
 CHRISTOPHER SHAWN SEMPE AND CARL RAYMOND SEMPE, SOLE HEIRS OF CHARLES
 RAY SEMPE

Dear Counsel:

 Today the Supreme Court of Texas withdraws its order of May 26, 2006,
granting the petition for review, and the petition was improvidently
granted. The petition for review is dismissed for want of jurisdiction.
The Court issued the enclosed per curiam opinion in the above-referenced
case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |